IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:

Jeffrey Stuart
Ashley Stuart

CASE NO. 16-70692

CHAPTER 13

## CONVERSION TO CHAPTER 7
## PURSUANT TO 11 U.S.C. SECTION 1307(a)

COMES NOW THE DEBTOR and requests that the Court enter its order converting the instant Chapter 13 case to a case under Chapter 7 of Title XI, United States Code.

This 11th day of August, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that I have, this date, served a copy of the foregoing Conversion to Chapter 7 pursuant to 11 U.S.C. Section 1307(a) upon the Chapter 13 Trustee, Ms. Kristin Hurst, P.O. Box 1907, Columbus, GA 31902-1097; and the Chapter 7 Trustee, Mr. Walter W. Kelly, P.O. Drawer 70879, Albany, GA 31708-0879 by depositing same in the United States Mail with sufficient postage affixed thereon to insure delivery.

This 11th day of August, 2016.

/s/ Orson Woodall

Orson Woodall

Attorney for Debtor

1003 N. Patterson St.

P.O. Box 3335

Valdosta, GA 31604-3335

(229) 247-1211

Georgia Bar No. 775040